No. 95–7131. XIN-CHANG ZHANG v. SLATTERY, DISTRICT DI-
RECTOR, NEW YORK DISTRICT OF THE IMMIGRATION AND NATU-
RALIZATION SERVICE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–7137. BARLEY v. TEXAS. Ct. Crim. App. Tex. Certio-
rari denied.

No. 95–7140. VANEATON v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 95–7215. HORTON v. DEPARTMENT OF THE NAVY ET AL.
C. A. Fed. Cir. Certiorari denied.

No. 95–7242. BONDS v. UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied.

No. 95–7368. BAKER v. KANSAS CITY, MISSOURI, ET AL. Ct.
App. Mo., Western Dist. Certiorari denied.

No. 95–7369. LUKER v. MILLER. App. Ct. Ill., 4th Dist. Cer-
tiorari denied.

No. 95–7373. GUEST v. ILLINOIS. Sup. Ct. Ill. Certiorari de-
nied.

No. 95–7381. SHEPHERD v. ILLINOIS DEPARTMENT OF CHIL-
DREN AND FAMILY SERVICES ET AL. C. A. 7th Cir. Certiorari
denied.

No. 95–7385. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga
County. Certiorari denied.

No. 95–7391. WHITEHEAD v. UPLAND MORTGAGE CORP. ET AL.
C. A. 3d Cir. Certiorari denied.

No. 95–7395. MARK K. v. JOHN S. ET AL. Sup. Ct. Cal. Cer-
tiorari denied.

No. 95–7398. CANNON v. OKLAHOMA. Ct. Crim. App. Okla.
Certiorari denied.

No. 95–7405. SANDERS v. MARSHALL, WARDEN. C. A. 9th Cir.
Certiorari denied.